# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RICHARD ELESON,<br><br>Petitioner,<br><br>v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>Respondent(s). | Case No. 1:15-cv-00008-SAB-HC<br><br>ORDER DISREGARDING AS MOOT PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF No. 5) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 9, 2015, Petitioner filed an application to proceed in forma pauperis. Petitioner was granted in forma pauperis status by this Court on January 6, 2015. Accordingly, IT IS HEREBY ORDERED that Petitioner's application to proceed in forma pauperis is DISREGARGED as moot.

IT IS SO ORDERED.

Dated:   **January 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1