1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 ERIC RICHARD ELESON, | 1:15-cv-00008-LJO-SAB-HC |
| 12       Petitioner, | ORDER DENYING PETITIONER'S MOTION TO EXPEDITE RULING |
| 13    v. | (ECF No. 16) |
| 14 JOE LIZARRAGA, et al., | |
| 15       Respondents. | |

16

17      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18 U.S.C. § 2254. On June 19, 2015, Petitioner filed a motion to enter an order granting the habeas

19 petition and release Petitioner. (ECF No. 16). The Court will construe this as a motion to

20 expedite proceedings in the pending petition for writ of habeas corpus.

21      The Court notes that it does not have an expedited calendar. Petitioner is advised that the

22 Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware

23 of Petitioner's pending petition. On June 23, 2015, the undersigned issued a findings and

24 recommendation in this matter. (ECF No. 15). The findings and recommendation contained

25 notice that Petitioner may file objections within thirty days of service. (ECF No. 15). The

26 assigned District Judge will then review the undersigned's findings and recommendation

27 pursuant to 28 U.S.C. § 636 (b)(1)(c) and Rule 304 of the Local Rules of Practice for the United

28 States District Court, Eastern District of California. The Court notes that the Court's docket of

1  pending cases is substantial, and the Court must act first on those matters that have been pending

2  the longest.  Therefore, Petitioner's motion to expedite must be denied.

3       Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite the

4  pending petition for writ of habeas corpus is DENIED.

5

6  IT IS SO ORDERED.

7  Dated:    **June 23, 2015**

   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28